Paul J Mansdorf
1563 Solano Ave.
#703
Berkeley, CA 94707
Telephone: (510) 526-5993

Trustee in Bankruptcy

RECEIVED
FEB 2 8 2011
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

FILED
FEB 2 2 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – Oakland

In re:

SIMANGAN, MANUEL G.

Debtor(s)

Case No. 10-40171 RN

Chapter 7

NOTICE OF SMALL DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3010(a), the trustee in the above-captioned case hereby turns over to the Court, Small Dividends in the amount of $6.45. The names and addresses of those entitled to the Small Dividends treated as unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 1I | Aargon Agency Inc<br>3025 W Sahara Ave<br>Las Vegas, NV 89102 | 1.92 | 1.92 |
| 4I | Rhodes Ranch Association, Inc.<br>c/o Red Rock Financial Services, 7251 Amigo Street #100<br>Las Vegas, NV 89119 | 4.53 | 4.53 |

Dated: February 18, 2011

Paul J Mansdorf, TRUSTEE